Date, 1-17-2021

Maynard Akeem Sanders
# 14098-021
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

RECEIVED
USDC CLERK, FLORENCE, SC
2021 JAN 21 AM 10:20

Clerk, United States District Court
P.O. Box 2317
Florence, S.C. 29503

Motion to Reduce Sentence
And Motion to Appoint Counsel
Due to Extraordinary and Compelling
Reasons, FSA-2018 (603), Covid-19,
18 USC 3582 (c)(1)(A)

Now Comes, Maynard Akeem Sanders, pro-se, in the captioned Case for a reduction of his 78 month Sentence imposed under an emergency motion due to the U.S. Covid-19

pandemic. District Courts are authorized and granting these motions to mitigate the risk to the "medically vulnerable sub-class" within the FBOP. The FBOP respone has been futile and inadequate to confront this over-whelming crisis inflicting death and harmful outcomes for Black and Latino prisoners where it is evident in society as well. At this institution "Social distancing" cannot be achieved due to the inner prison setting is two-man and three-man cells. The FBOP cannot and has not abided by the CDC and WHO guidelines and it has clearly shown "deliberate indifference" to my medical needs and thus "immediate release is required".

"Jurisdiction"

I have exhausted the remedy under Section 603 of the FSA-2018 and 5050.50 from the Warden is Attached.

"COVID-19- Positive Cases"

"There are currently an Outbreak as of Dec 21, 20" but befor this outbreak 13 inmates, 9 staff members, "1 inmate" death. FCI Williamsburg on lockdown as of now.

Home Plan / Ride from institution

I have been in quarantined Since 3/31/20. I have a Covid-19 free home to reside at with landline for GPS, if necessary for home-Confinement. I will live with Mr. Cecil Sanders and Ms chann Sanders. Her phone # is (912) 342-1235

3553(a) Factors, Progress Report Attached

I have taken Several classes to help me to integrate into Society and job prospects upon release. My short term goal is to start making colthen for the homeless and working in the Walmart Warehouse, upon release. Save my money, and start my own truck buisness in the future to take care of myself and family the legit way. "Also will be talkin to kids bout jail"

"Medical Conditions - Compelling Reasons"

I am in the At-risk category under the CDC and Who guidelines. I suffers from Cardiopulmonary pathology, I take Lisinopril, Spironolactone, I have high blood pressure and Hypertension. I take hydrochlorothiazide

and amLodIpine. I also take for depression, and Anxiety state. remron and Lisinopril (Anti-depressants & Anxiety) Attached

I'am an Black male with the rist factors cited by the CDC and who which clearly shows I'am more likely to die or have a less favorable outcome due to My pre-existing conditions. All it will take is one Asymptomatic officer or take transfered inmates for an outbreak to occur, which has happen at FCI Williamsburg at the time of this filing. The number of positive cases continue to increase as the FBOP goes into "Phase 9". I was not sentenced to death. I have a projected release date of 7/25/2029. It is clear the FBOP cannot protect us and the officers must come to work and not be tested thus the contracted Covid-19 must come too. Upon release, at home, I can control my environment and safty, who comes and goes, in here I can't. A "full outbreak here at FCI Williamsburg has Occur December 21, 2020" your honor. I respectfully ask for release, My life depends on it. "An inmate just die last week from Covid-19"

Respectfully

# Certificate of Service

I do hereby certify that I have place an exact copy of the foregoing "Motion to Reduce Sentence and Motion to appoint Counsel Due to Extraordinary and compelling Reasons, FSA-2018 (603), Covid-19, 18 U.S.C. 3582(c)(1)(A) to the below respondent, US Mail, first-class, postage-prepaid, Via institutional Mail Service this

Below Respondents:

Clerk, United States District Court
P.O. Box 2317
Florence, S.C. 29503

Maynard Sanders
Maynard Sanders
# 14098-021
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590